AO 240 (Rev. 10/03)
# UNITED STATES DISTRICT COURT
for the District of COLUMBIA

**FILED** JAN 1 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Billy G. Asemani
  Plaintiff

v.

The Attorney Gen.
  Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 08 0101

I, Billy G. Asemani, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant/respondent  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☑ Yes  ☐ No  (If "No," go to Part 2)
   If "Yes," state the place of your incarceration  NBCI, 14100 McMullen Hwy, SW, Cumberland, MD 21502-5777
   Are you employed at the institution? NO  Do you receive any payment from the institution? NO

   ☑ Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?  ☐ Yes  ☑ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.  2005 (before I was incarcerated)

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☑ |
   | b. | Rent payments, interest or dividends | ☐ | ☑ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☑ |
   | d. | Disability or workers compensation payments | ☐ | ☑ |
   | e. | Gifts or inheritances | ☐ | ☑ |
   | f. | Any other sources | ☐ | ☑ |

   RECEIVED
   DEC 2 6 2007
   NANCY MAYER WHITTINGTON, CLERK
   U.S. DISTRICT COURT

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   None

I declare under penalty of perjury that the above information is true and correct.

_12/19/07_   _Billy G. Aderman_
Date        Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____  _____ | _____  _____ |
| United States Judge    Date | United States Judge    Date |

```
B32362      MD DEPT. OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
                        INMATE BANKING SYSTEM                    DATE: 11/28/2007
                     6 MONTHS INMATE ACCOUNT ANALYSIS


        INSTITUTION:    WCI                    SSNO:     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
        DOC#:  339096        NAME: ASEMANI              GHAFOUR


                                     RECEIPT        ACCOUNT
          MONTH        YEAR          AMOUNT         BALANCE

          OCTOBER      2007            0.00           95.60-
          SEPTEMBER    2007           10.80           35.41-
          AUGUST       2007           13.50            8.43-
          JULY         2007            9.00           18.86-
          JUNE         2007           20.70           30.14
          MAY          2007           19.80           25.80

                         TOTAL:       73.80
             6 MONTHS AVERAGE:        12.30           17.06-
             INITIAL PARTIAL FILING FEE:              2.46


PRINT SCREEN - PRESS PF2
MAIN MENU=PF5   RCPTS=PF7   DISBURS=PF8   XREF=PF9   ACCT MENU=PF10   CLEAR=SIGN OFF
NO PRINTER ASSOCIATED WITH YOUR TERMINAL. CALL HQTRS
```

08 0101

**FILED**

JAN 18 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT